**SO ORDERED.**

**SIGNED this 26 day of September, 2024.**

**David M. Warren**
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Yvonne Atkins, | ) | CASE NO: 24-01557-5-DMW |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | |

## CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This matter comes before the Court on the Motion for Relief from Stay (the "Motion") filed by SANTANDER CONSUMER USA INC ( "Santander") pursuant to 11 U.S.C. § 362 *et seq.*, for relief from stay regarding personal property known and designated as that certain 2021 Mitsubishi Outlander SP bearing Vehicle Identification Number JA4APUAU8MU028873 (the "Personal Property"). The Court, having considered the Motion and the record in this case, finds and concludes as follows:

1. Santander filed the Motion on September 5, 2024.

2. Santander served interested parties on September 5, 2024.

3. Yvonne Atkins (the "Debtor") filed her Response on September 6, 2024, objecting to

55227921 v1

the relief sought in the Motion, but setting forth a proposal for payment.

4.    Debtor's proposal is agreeable to Santander, and Santander consents to the relief ordered herein.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED that:

A. Debtor will resume making her regular monthly payments of $508.04 per month (hereinafter "regular payment") directly to Santander, starting with the payment which comes due on or about September 22, 2024 (that payment to be paid by or before October 21, 2024);

B. In addition to resuming regular payments to this creditor, the Debtor will also pay Santander an extra payment (hereinafter "extra payment") each and every month, in the amount of $236.07, starting and along with the regular payment which comes due on September 22, 2024 (the first such payment to be paid by or before October 21, 2024), and continuing until the alleged delinquency is paid in full.

C. In the event that the Debtor fails to make any of these regular payments within 30 days after the date it comes due, Santander shall be granted immediate relief from the automatic stay, without further notice, hearing or order, and the 14-day waiting period imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived;

D. In the event the Debtor fails to make any such extra payment within 30 days after the date that it comes due, Santander shall be granted immediate relief from the automatic stay, without further notice, hearing or order, and the 14-day waiting period imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived;

E. The "drop dead" provision, or the conditional, immediate lifting of the automatic stay identified in Paragraphs C and D, *supra*, shall terminate 12 months after the date of the entry of the Order resolving this matter.

**WE CONSENT:**

*/s G. Wade Leach, III*
G. Wade Leach, III (NC Bar No. 54895)
Burr & Forman LLP
101 South Tryon Street, Suite 2610
Charlotte, NC 28280
Telephone: 704-347-1170
Fax: 704-347-4467
Email: wleach@burr.com
*Attorney for SANTANDER CONSUMER USA INC.*

*/s/ Edward C. Boltz*
Edward C. Boltz (NC Bar. No. 23003)
6616-203 Six Forks Road
Raleigh, NC 27615
Telephone: (919) 286-1695
Fax: (919) 286-2704
Email: eboltz@johnorcutt.com
*Attorney for Debtor*


**NO OBJECTION:**

*/s/ Michael Burnett*
Michael Burnett (NC Bar No. 42719)
Office of the Chapter 13 Trustee
P.O. Box 61039
Raleigh, NC 27661-1039
919-876-1355


END OF DOCUMENT