In re:                                                          Case No. 24-01557-DMW

Yvonne Atkins                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5                    User: admin                          Page 1 of 2

Date Rcvd: Apr 16, 2026                 Form ID: van057                       Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| db | + Email/PDF: vonneatkins@gmail.com | Apr 17 2026 01:06:00 | Yvonne Atkins, 8920 Langwood Drive, Apartment 101, Raleigh, NC 27613-5285 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Edward C. Boltz | on behalf of Debtor Yvonne Atkins postlegal@johnorcutt.com johnorcutt.nce.0002@freelooks.counselkit.com;eboltz@johnorcutt.com;ecf.nce.t6@sitekitmail.com;ecf.nce.t7@sitekitmail.com;ck.freelooks+nce+eboltz@gmail.com |
| Eudora F. S. Arthur | on behalf of Creditor Santander Consumer USA  Inc. dorie.arthur@wbd-us.com |
| Joshua Hillin | on behalf of Debtor Yvonne Atkins postlegal@johnorcutt.com kgilbert@johnorcutt.com;jhillin@johnorcutt.com;johnorcutt.nce.0002@freelooks.counselkit.com;ck.freelooks+nce+jhillin@gmail.com |
| Matthew A. Schmidt | on behalf of Debtor Yvonne Atkins postlegal@johnorcutt.com |

mschmidt@lojto.com;johnorcutt.nce.0002@freelooks.counselkit.com;ck.freelooks+nce+mschmidt@gmail.com

Michael Burnett

mburnett@ralch13.com  casefiles@ralch13.com;amaroun@ralch13.com

Wade Leach, III

on behalf of Creditor Santander Consumer USA  Inc. wleach@burr.com, aburgess@burr.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Yvonne Atkins
*( **known aliases**: Jones Atkins, Yvonne Atkins Jones, ... )*
8920 Langwood Drive
Apartment 101
Raleigh, NC 27613

CASE NO.: 24–01557–5–DMW

DATE FILED: May 8, 2024

CHAPTER: 13

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:      Wednesday, May 6, 2026
TIME:      10:00 AM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

to consider and act on the following matters:

Amended/Amendment to Motion/Application filed by Eudora F. S. Arthur on behalf of Santander Consumer USA, Inc. (related document no.29 Motion for Relief from Stay)

and to transact all other business as may properly come before the court.

DATED: April 16, 2026

Stephanie J. Butler
Clerk of Court